# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135271(84)(86)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARLETUS LASHAWN WILLIAMS,
      Defendant-Appellant.

_____

SC: 135271
COA: 266807
Oakland CC: 2004-199576-FH
  2005-201296-FH

On order of the Chief Justice, motions by defendant-appellant and by plaintiff-appellee for extension of time for filing their briefs on appeal are considered and they are GRANTED.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2008

Clerk